UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

MAY 8 2017

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

In re:  AVERY ARMANI,

_____

AVERY ARMANI,

Petitioner,

v.

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF
CALIFORNIA, LOS ANGELES,

Respondent,

NORTHWESTERN MUTUAL LIFE
INSURANCE COMPANY,

Real Party in Interest.

No.    17-70244

D.C. No.
2:13-cv-07058-RSWL-RZ

ORDER[*]

Petition for Writ of Mandamus to the
United States District Court for the
Central District of California

Submitted April 7, 2017[**]
San Francisco, California

---

[*]    This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

[**]    The panel unanimously concludes this case is suitable for decision without oral argument.  See Fed. R. App. P. 34(a)(2).

Before:  D.W. NELSON and PAEZ, Circuit Judges, and BUCKLO,*** District Judge.

The petition for a writ of mandamus is granted.  We vacate the district court's January 26, 2017 order and direct the district court to enter judgment for the petitioner awarding him payment of his long-term disability benefits, interest, attorney fees, and costs, and reinstatement of the long-term disability policy.

The Clerk shall serve this order on the district court.

**PETITION GRANTED.**

---

***      The Honorable Elaine E. Bucklo, United States District Judge for the Northern District of Illinois, sitting by designation.